An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARUZE USA, INC., AND UNIVERSAL
ENTERTAINMENT CORPORATION,
Appellants,
vs.
WYNN RESORTS, LIMITED,
Respondent.

No. 61966

**FILED**

JUN 2 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Maine_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie L. Irvin_

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
       Robert F. Saint-Aubin, Settlement Judge
       Lionel Sawyer & Collins/Las Vegas
       Paul Hastings LLP
       Wachtell, Lipton, Rosen & Katz
       Pisanelli Bice, PLLC
       Glaser Weil Fink Jacobs Howard Avchen & Shapiro, LLC/Los
       Angeles
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-18286